JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRELL GILBERT, etc,<br><br>        Plaintiff,<br><br>    v.<br><br>SADDLEBACK GOLF CARTS INC., etc,<br><br>        Defendant. | SA CV 08-424-AHS (MLGx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD |

On October 14, 2008, the parties filed a Notice of Settlement. The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

Dated: <u>October 15, 2008</u>.

                                            **ALICEMARIE H. STOTLER**
                                            ALICEMARIE H. STOTLER
                                CHIEF UNITED STATES DISTRICT JUDGE